IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-cr-00308-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW ANSON MELQUIST,

    Defendant.

---

**ORDER**

---

This matter came before the court for an arraignment and discovery conference on August 17, 2011.  Assistant United States Attorney Michelle Heldmyer represented the government and Shazam Kianpour represented the defendant.

On recommendation of the Government and Probation Office, Defendant shall be **RELEASED** on August 17, 2011 and available at his home for installation of the Global Positioning System (G.P.S.) monitoring equipment on August 18, 2011.

Dated August 17, 2011.

                                                    By the Court:

                                                    s/ Gudrun J. Rice
                                                    _____
                                                    Gudrun J. Rice
                                                    Magistrate Judge